EVA EUSTACE et al., Appellants, *v.* THE EVERGREENS, Respondent.

(Argued March 13, 1935; decided April 16, 1935.)

*Leon Lang* for appellants.

*Clarence S. Zipp* and *James B. Henney* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. There was evidence which presented a question of fact for the jury as to negligence and contributory negligence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.